# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 27, 2011

### BEFORE

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

|  |  |
|---|---|
| No.: 10-2859 | CHRISTOPHER LEE, <br> Plaintiff - Appellant <br><br> v. <br><br> TYLER PRICE and DOUGLAS YORKE, <br> Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:09-cv-03273 <br> Northern District of Illinois, Eastern Division <br> District Judge George W. Lindberg |

Upon consideration of the **PLAINTIFF/APPELLANT CHRISTOPHER LEE'S MOTION FOR CLARIFICATION**, filed on April 20, 2011, by the pro se appellant,

**IT IS ORDERED** that the final order issued on April 14, 2011 is **WITHDRAWN** and the judgment is **VACATED**.

form name: **c7_Order_3J**(form ID: **177**)